# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Ian F. Campbell,   **Civil File No. 06-cv-1759 MJD/SRN**

    Plaintiff,

vs.   **ORDER**

Receivable Management Services Corporation
d/b/a Dun & Bradstreet Receivable
Management Services,

    Defendant.

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

    BY THE COURT

Dated:__August 4, 2006____   ___s/Michael J. Davis_____
    The Honorable Michael J. Davis
    Judge of United States District Court